AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

**JUDICIAL** *DISTRICT OF* **PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| vs | CASE NUMBER: Cr. 00-85-15(CCC) |
| CARLOS BOGLIO-COLON | |

To:  The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest ____**CARLOS BOGLIO COLON**____

(Name)

and bring him forthwith to the U.S. Magistrate on duty

[ ] Indictment      [ ] Information      [ ] Complaint

[ ] Order of court  [ ] Violation Notice  [X] Violation of Supervised Release term

charging him with (brief description of offense)

Violation of supervised release conditions. Copy of order attached.

in violation of Title _____ United States Code, Section(s) _____

| | |
|---|---|
| CARMEN CONSUELO CEREZO | U.S. DISTRICT JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| By: Frieda Ramirez, Deputy Clerk | October 9, 2002 at San Juan, P.R |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____

Name of Judicial Officer

By: _____
Deputy Clerk

AO 442 (Rev. 12/85) Warrant for Arrest

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |||
| DATE RECEIVED<br>10/9/02<br>DATE OF ARREST<br>10/22/02 | NAME & TITLE OF ARRESTING OFFICER<br>EXECUTED FOR USMS<br>BY JESUS GONZALEZ | SIGNATURE OF ARRESTING OFFICER |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____

AO 442 (Rev. 12/85) Warrant for Arrest